

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-92,334-01

### EX PARTE CRISTIAN YEPEZ, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 2014CRN001641D4 IN THE 406TH DISTRICT COURT
### FROM WEBB COUNTY

*Per curiam*.

## O P I N I O N

Applicant was convicted of one count of murder and one count of tampering with evidence and sentenced to thirty years' imprisonment for the murder count and fifteen years' imprisonment for the tampering count. The Fourth Court of Appeals affirmed his convictions. *Yepez. v State*, No. 04-17-00358-CR (Tex. App. — San Antonio July 3, 2019) (not designated for publication). Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07

Applicant contends that appellate counsel failed to timely inform Applicant that his convictions had been affirmed. Based on the record, the trial court has determined that appellate counsel's performance was deficient and that Applicant would have timely filed a petition for

discretionary review but for counsel's deficient performance.

Relief is granted. *Ex parte Wilson*, 956 S.W.2d 25 (Tex. Crim. App. 1997); *Ex parte Crow*, 180 S.W.3d 135 (Tex. Crim. App. 2005). Applicant may file an out-of-time petition for discretionary review of the judgment of the Fourth Court of Appeals in cause number 04-17-00358-CR . Should Applicant decide to file a petition for discretionary review, must file it with this Court within thirty days from the date of this Court's mandate.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and the Board of Pardons and Paroles.

Delivered:      May 26, 2021
Do not publish